BRIAN L. DAVIDOFF (State Bar No. 102654)
bdavidoff@rutterhobbs.com
NEETA MENON (State Bar No. 254736)
nmenon@rutterhobbs.com
RUTTER HOBBS & DAVIDOFF
  INCORPORATED
1901 Avenue of the Stars, Suite 1700
Los Angeles, California 90067
Telephone: (310) 286-1700
Facsimile:   (310) 286-1728

[Proposed] Reorganization Counsel for
Debtor and Debtor-In-Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>CISCO BROS. CORP., a California corporation,<br><br>    Debtor and Debtor-in-Possession. | Case No. 2:11-bk-28380-AA<br><br>Chapter 11<br><br>**NOTICE OF FINAL HEARING**<br><br>Date:   May 19, 2011<br>Time:   10:00 a.m.<br>Ctrm:   303<br>        21041 Burbank Boulevard<br>        Woodland Hills, CA 91367 |

RUTTER
HOBBS &
DAVIDOFF
INCORPORATED
LAWYERS

1
**NOTICE OF FINAL HEARING**
8529.001   903558.1

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, THE SECURED CREDITORS OF THE DEBTOR, THE TWENTY LARGEST UNSECURED CREDITORS OF THE DEBTOR, OTHER PARTIES IN INTEREST, AND THEIR RESPECTIVE COUNSEL:

**PLEASE TAKE NOTICE** that on April 29, 2011, the United States Bankruptcy Court, the Honorable Thomas Donovan presiding, entered interim orders for relief granting the following motions (collectively, the "First Day Emergency Motions"), with the modifications as set forth in the orders:

A. Emergency Motion For Order Approving Stipulation Authorizing Debtor's Use Of Cash Collateral; and (B) Permitting Debtor To Honor Pre-Petition Customer Deposits;

B. Emergency Motion For Order Authorizing Debtor In Possession To Honor Certain Pre-Petition Employee Wages And Benefits In The Ordinary Course Of Business;

C. Emergency Motion For Order (1) Prohibiting Utilities From Altering, Refusing Or Discontinuing Service, (2) Deeming Utilities Adequately Assured Of Future Performance, And (3) Establishing Procedures For Determining Adequate Assurance Of Payment Under Section 366 Of The Bankruptcy Code; and

D. Emergency Motion Pursuant To 11 U.S.C. Sections 105 And 363 For Order Authorizing Debtor's (A) Continued Maintenance Of Certain Existing Bank Accounts; And (B) Continued Use Of Existing Cash Management System.

**PLEASE TAKE FURTHER NOTICE** that the Court has set the final hearing (the "Final Hearing") on the First Day Emergency Motions for **May 19, 2011, at 10:00 a.m**. before the Honorable Alan Ahart in Courtroom 303, 21041 Burbank Boulevard, Woodland Hills, CA 91367.

**PLEASE TAKE FURTHER NOTICE** that any party-in-interest objecting to the entry of orders granting the relief sought in the First Day Emergency Motions on a final basis must file written objections no later than the date of the Final Hearing, which objections shall also be served so that the same are received on or before such date by: (a) counsel for the Debtor, at the address shown on the upper-left hand corner of the first page of the notice caption, (b) any party who has filed prior to such date a request for notice in the Debtor's

RUTTER
HOBBS &
DAVIDOFF
INCORPORATED
LAWYERS

8529.001   903558.1

2
NOTICE OF FINAL HEARING

1 | case with this Court; (c) counsel for the official committee(s), if any; (d) the Office of the

2 | United States Trustee, and (e) counsel to Bank of America, N.A.

3 |                                 Respectfully submitted,

4 | DATED: May 2, 2011           RUTTER HOBBS & DAVIDOFF
                                             INCORPORATED

6 |                              By  *s/s Brian L. Davidoff*
                                       BRIAN L. DAVIDOFF
7 |                                        NEETA MENON
                            [Proposed] General Reorganization
8 |                             Attorneys for Debtor and Debtor-in-Possession

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

8529.001  903558.1

# PROOF OF SERVICE

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1901 Avenue of the Stars, Suite 1700, Los Angeles, California 90067

A true and correct copy of the foregoing document described as **NOTICE OF FINAL HEARING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.    **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II.   **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **May 2, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| **VIA OVERNITE EXPRESS**<br>Honorable Alan Ahart<br>United States Bankruptcy Court<br>21041 Burbank Boulevard<br>Suite 342<br>Woodland Hills, California 91367 | **VIA OVERNITE EXPRESS**<br>Cisco Bros. Corp.<br>Attn: Francisco Pinedo<br>5955 Western Avenue<br>Los Angeles, California 90047 |

☑ Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, **2010**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 2, 2011 | Nikki Shlosser | /s/ Nikki Shlosser |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

RUTTER
HOBBS &
DAVIDOFF
INCORPORATED
LAWYERS

8529.001  903558.1

4

**NOTICE OF FINAL HEARING**

**II.  TO BE SERVED VIA OVERNIGHT DELIVERY**

**Office of the United States Trustee**
**Attention:  Dare Law**
**725 South Figueroa Street, 26th Floor**
**Los Angeles, CA 90017**

**Bank of America, N.A.**
**c/o Jeffrey D. Hermann**
**Orrick Herrington & Sutcliffe LLP**
**777 S. Figueroa St., Suite 3200**
**Los Angeles CA 90017-5855**

**Al's Furniture Design, Inc.**
**1933 W 60th Street**
**Los Angeles, CA 90047**

**American Express**
**2965 West Corporate Lakes Blvd.**
**Weston, FL 33331-3626**

**American West Worldwide**
**4330 Santa Fe Rd.**
**San Luis Obispo, CA 93401**

**Asia Minor Carpets**
**515 Depot Street**
**Manchester Center, VT 05255**

**DFC HD Inc**
**71 Sperry Blvd.**
**New Hyde Park, N.Y. 11040**

**Forest Plywood Sales**
**14711 Artesia Blvd**
**La Mirada, CA 90638**

**Indus Design Import**
**1817 East Rio Salado Parkway**
**Tempe, AZ 85281**

**Leather Trends, Inc.**
**552 Cherry Lane**
**Floral Park, NY 11001**

**Liner Grode Stein Yankelevitz LLP**
**1100 Glendon Avenue, 14th Fl.**
**Los Angeles, CA 90024**

**London & Co., LLP CPAs**
**2800 Olympic Blvd.**
**Santa Monica, CA 90404**

RUTTER
HOBBS &
DAVIDOFF
INCORPORATED
LAWYERS

8529.001   903558.1

5
**NOTICE OF FINAL HEARING**

1  **Los Angeles County Tax Collector**
**Kenneth Hahn Hall of Administration**
2  **225 North Hill Street, Room 109**
**Los Angeles, CA 90012**

3

**Lucioni, Marco E**
4  **6527 Beachview Dr**
**Rancho Palos Verdes, CA 90275**

5

**Pourbaba, David**
6  **8271 Melrose Ste 200**
**Los Angeles, CA 90046**

7

**Shaw, Julia A.**
8  **203 Edwards Lane**
**Pasadena, CA 91107**

9

**The Foam Factory**
10 **17515 S Santa Fe Ave**
**Rancho Dominguez, CA 90221**

11

**Victor Forstmann, Inc.**
12 **81 Commerce Drive**
**Fall River, MA 02720**

13

**Wells Fargo, N.A.**
14 **Attn: Roger D. Reynolds Sr. Counsel**
**21680 Gateway Center Drive, Suite 280**
15 **Diamond Bar, CA 91765**

16 **Western Computer**
**351 Candeleria Rd.**
17 **Oxnard, CA 93030**

18 **American West**
**P.O. Box 8120**
19 **San Luis Obispo, CA 93403**

20 **GE Capital Corporation**
**10 Riverview Drive**
21 **Danbury, CT 06810**

22

23

24

25

26

27

28

RUTTER
HOBBS &
DAVIDOFF
INCORPORATED
LAWYERS

6
NOTICE OF FINAL HEARING
8529.001   903558.1