| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | FOR COURT USE ONLY |
|---|---|
| In re:<br>   CISCO BROS. CORP.<br><br><br><br><br><br><br><br><br><br>Debtor(s). | FILED<br>MAY - 3 2011<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk<br><br>ENTERED<br>MAY - 3 2011<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk<br><br>CASE NO.: 11-28380-EC<br><br>CHAPTER: 11<br><br>**ORDER REASSIGNING BANKRUPTCY CASE PURSUANT TO GENERAL ORDER 99-02 TO JUDGE WITH PRIOR RELATED CASE/ PROCEEDING**<br><br>☐ WITHIN DIVISION TRANSFER<br><br>☒ WITHIN DISTRICT TRANSFER |

It appearing that the above-captioned bankruptcy case is properly transferable in accordance with the provisions of General Order 99-02,

IT IS HEREBY ORDERED that the above-captioned bankruptcy case be reassigned to Bankruptcy Judge

<u>Alan Ahart</u> [name to be inserted by the judge] for all further proceedings.

☐ **Within Division Transfer**

    The bankruptcy case number will remain the same. However, the judge's initials must be changed to

    _____ [initials to be inserted by the judge] on all documents filed with the court.

    ☐ All adversary proceeding(s) to be transferred

    ☐ Do not transfer adversary proceeding(s)

    ☐ Other: _____

(Page 1 of 2)

March 1999     Order Reassigning Bankruptcy Case Pursuant to General Order 99-02     **F 5004-1**

| In re (SHORT TITLE)<br><br>CISCO BROS. CORP.                      Debtor(s). | CASE NO.: 11-28380-EC<br>CHAPTER: 11 |
|---|---|

☒ **Within District Transfer**

The new bankruptcy case number is _____ [will be issued by the Clerk's Office after the order is signed].

☒ All adversary proceeding(s) to be transferred and the new adversary proceeding case number(s) will be issued by the Clerk's Office.

☐ Do not transfer adversary proceeding(s)

☐ Other: _____

Dated: 5/3/11

*Ellen Carroll*
UNITED STATES BANKRUPTCY JUDGE

*(Page 2 of 2)*

March 1999    Order Reassigning Bankruptcy Case Pursuant to General Order 99-02    F 5004-1