BRIAN L. DAVIDOFF (State Bar No. 102654)
bdavidoff@rutterhobbs.com
NEETA MENON (State Bar No. 254736)
nmenon@rutterhobbs.com
RUTTER HOBBS & DAVIDOFF
 INCORPORATED
1901 Avenue of the Stars, Suite 1700
Los Angeles, California 90067
Telephone: (310) 286-1700
Facsimile:  (310) 286-1728

[Proposed] Reorganization Counsel for
Debtor and Debtor-In-Possession

**FILED & ENTERED**

**MAY 03 2011**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY toliver    DEPUTY CLERK

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: | Case No. 2:11-bk-28380-AA |
| CISCO BROS. CORP., a California corporation, | Chapter 11 |
| Debtor and Debtor-in-Possession. | **ORDER APPROVING STIPULATION AUTHORIZING DEBTOR'S USE OF CASH COLLATERAL [DOCKET NO. 2, EXHIBIT 1]** |
| | Emergency Hearing |
| | Date:   April 29, 2011<br>Time:   2:00 p.m.<br>Ctrm:   1345<br>    255 E. Temple Street<br>    Los Angeles, CA  90012 |

The Emergency Motion for Order: (A) Approving Stipulation Authorizing Debtor's Use of Cash Collateral, and (B) Permitting Debtor to Honor Pre-Petition Customer Deposits (the "Motion") filed by Cisco Bros. Corp., the debtor and debtor-in-possession in the above-

1

**ORDER GRANTING DEBTOR'S EMERGENCY FIRST DAY MOTION (HONORING CUSTOMER DEPOSITS)**

8520.001_903519.2

captioned case (the "Debtor"), came on for an emergency hearing on April 29, 2010 at 2:00 p.m., the Honorable Thomas Donovan, United States Bankruptcy Judge, presiding (the "Emergency Hearing"). Appearances were as noted on the record.

The Court, having considered the relief sought in the Motion on an interim basis regarding the approval of that certain "Stipulation Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363" (the "Stipulation") and all papers filed by the Debtor in support of the Motion, and the oral arguments and statements of counsel made at the hearing regarding the Motion, finding proper notice of the Motion and the hearing on the Motion have been provided, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Motion is granted on an interim basis, with the modifications and clarifications set forth below.

2. The Stipulation is approved, with the exception that the following matters shall be decided by this Court during the final hearing on the Motion, and shall not be granted on an interim basis: (a) the provision of superpriority claims, as contemplated in paragraph 5(c) of the Stipulation, to Bank of America, N.A. (the "Bank"); and (b) the provision to the Bank of an automatic relief from stay upon the occurrence of a Termination Event, as that term is defined in paragraph 7 of the Stipulation.

3. By the Stipulation, the Debtor does not grant the Bank or any other secured lender liens on avoidance-related claims and causes of action.

4. By the Stipulation, the Bank does not prime the first priority liens granted to GE Capital Corporation on December 21, 2003 and January 9, 2004 with respect to certain equipment listed in relevant financing statements, not limited to the "Gerber Technology SPF100 SPF Automatic Cradle, Single Ply Cutter," and certain United brand sewing machines.

///

2

**ORDER GRANTING DEBTOR'S EMERGENCY FIRST DAY MOTION (HONORING CUSTOMER DEPOSITS)**

8529.001_903519.2

5. Since the Stipulation was initially drafted to constitute both a stipulation and proposed interim order, the usage of the defined term "Interim Order" in the Stipulation shall refer to the Stipulation itself and this order granting the Stipulation with the above-stated modifications on an interim basis.

# # #

DATED: May 3, 2011

*Thomas B. Donovan*
United States Bankruptcy Judge

3

**ORDER GRANTING DEBTOR'S EMERGENCY FIRST DAY MOTION (HONORING CUSTOMER DEPOSITS)**

RUTTER
HOBBS &
DAVIDOFF
INCORPORATED

8529.001 903519.2

# PROOF OF SERVICE

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:  1901 Avenue of the Stars, Suite 1700, Los Angeles, California 90067

A true and correct copy of the foregoing document described as: **ORDER APPROVING STIPULATION AUTHORIZING DEBTOR'S USE OF CASH COLLATERAL [DOCKET NO. 2, EXHIBIT 1]**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **May 2, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**VIA OVERNITE EXPRESS**
Honorable Alan Ahart
United States Bankruptcy Court
21041 Burbank Boulevard
Suite 342
Woodland Hills, California 91367

**VIA OVERNITE EXPRESS**
Cisco Bros. Corp.
Attn:  Francisco Pinedo
5955 Western Avenue
Los Angeles, California 90047

☒ Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____**, 2011**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 2, 2011 | JAN REINGLASS | /s/ JAN REINGLASS |
| --- | --- | --- |
| *Date* | *Type Name* | *Signature* |

4

**ORDER GRANTING DEBTOR'S EMERGENCY FIRST DAY MOTION (HONORING CUSTOMER DEPOSITS)**

RUTTER
HOBBS &
DAVIDOFF
INCORPORATED

8529.001  903519.2

Case 1:11-bk-15634-AA    Doc 18    Filed 05/03/11    Entered 05/03/11 15:39:28    Desc
Main Document    Page 5 of 9

**II. TO BE SERVED VIA OVERNIGHT DELIVERY/U.S. MAIL (As noted)**

**Office of the United States Trustee**
**Attention:  Dare Law**
**725 South Figueroa Street, 26th Floor**
**Los Angeles, CA 90017**

**Bank of America, N.A.**
**c/o Jeffrey D. Hermann**
**Orrick Herrington & Sutcliffe LLP**
**777 S. Figueroa St., Suite 3200**
**Los Angeles CA 90017-5855**

**Al's Furniture Design, Inc.**
**1933 W 60th Street**
**Los Angeles, CA 90047**

**American Express**
**2965 West Corporate Lakes Blvd.**
**Weston, FL 33331-3626**

**American West Worldwide**
**4330 Santa Fe Rd.**
**San Luis Obispo, CA 93401**

**Asia Minor Carpets**
**515 Depot Street**
**Manchester Center, VT 05255**

**DFC HD Inc**
**71 Sperry Blvd.**
**New Hyde Park, N.Y. 11040**

**Forest Plywood Sales**
**14711 Artesia Blvd**
**La Mirada, CA 90638**

**Indus Design Import**
**1817 East Rio Salado Parkway**
**Tempe, AZ 85281**

**Leather Trends, Inc.**
**552 Cherry Lane**
**Floral Park, NY 11001**

**Liner Grode Stein Yankelevitz LLP**
**1100 Glendon Avenue, 14th Fl.**
**Los Angeles, CA 90024**

**London & Co., LLP CPAs**
**2800 Olympic Blvd.**
**Santa Monica, CA 90404**

5

**ORDER GRANTING DEBTOR'S EMERGENCY FIRST DAY MOTION (HONORING CUSTOMER DEPOSITS)**

RUTTER
HOBBS &
DAVIDOFF
INCORPORATED

8529.001  903519.2

**Los Angeles County Tax Collector**
**Kenneth Hahn Hall of Administration**
**225 North Hill Street, Room 109**
**Los Angeles, CA 90012**

**Lucioni, Marco E**
**6527 Beachview Dr**
**Rancho Palos Verdes, CA 90275**

**Pourbaba, David**
**8271 Melrose Ste 200**
**Los Angeles, CA 90046**

**Shaw, Julia A.**
**203 Edwards Lane**
**Pasadena, CA 91107**

**The Foam Factory**
**17515 S Santa Fe Ave**
**Rancho Dominguez, CA 90221**

**Victor Forstmann, Inc.**
**81 Commerce Drive**
**Fall River, MA 02720**

**Wells Fargo, N.A.**
**Attn: Roger D. Reynolds Sr. Counsel**
**21680 Gateway Center Drive, Suite 280**
**Diamond Bar, CA 91765**

**Western Computer**
**351 Candeleria Rd.**
**Oxnard, CA 93030**

**<u>VIA U.S. MAIL</u>**

**American West**
**P.O. Box 8120**
**San Luis Obispo, CA 93403**

6

**ORDER GRANTING DEBTOR'S EMERGENCY FIRST DAY MOTION (HONORING CUSTOMER DEPOSITS)**

RUTTER
HOBBS &
DAVIDOFF
INCORPORATED

8529.001  903519.2

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled

**ORDER APPROVING STIPULATION AUTHORIZING DEBTOR'S USE OF CASH COLLATERAL [DOCKET NO. 2, EXHIBIT 1]** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____, 2011_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Attorneys for Debtors:   bdavidoff@rutterhobbs.com, nmenon@rutterhobbs.com
Office of the United States Trustee:  dare.law@usdoj.gov, ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

DEBTORS
Cisco Bros. Corp.
Attention:  Francisco Pinedo
5955 Western Avenue
Los Angeles, California 90047

☒ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on ttached page

**ORDER GRANTING DEBTOR'S EMERGENCY FIRST DAY MOTION (HONORING CUSTOMER DEPOSITS)**

RUTTER
HOBBS &
DAVIDOFF
INCORPORATED

8529.001  903519.2

**II. TO BE SERVED VIA OVERNIGHT DELIVERY/U.S. MAIL (As noted)**

**Bank of America, N.A.**
**c/o Jeffrey D. Hermann**
**Orrick Herrington & Sutcliffe LLP**
**777 S. Figueroa St., Suite 3200**
**Los Angeles CA 90017-5855**

**Al's Furniture Design, Inc.**
**1933 W 60th Street**
**Los Angeles, CA 90047**

**American Express**
**2965 West Corporate Lakes Blvd.**
**Weston, FL 33331-3626**

**American West Worldwide**
**4330 Santa Fe Rd.**
**San Luis Obispo, CA 93401**

**Asia Minor Carpets**
**515 Depot Street**
**Manchester Center, VT 05255**

**DFC HD Inc**
**71 Sperry Blvd.**
**New Hyde Park, N.Y. 11040**

**Forest Plywood Sales**
**14711 Artesia Blvd**
**La Mirada, CA 90638**

**Indus Design Import**
**1817 East Rio Salado Parkway**
**Tempe, AZ 85281**

**Leather Trends, Inc.**
**552 Cherry Lane**
**Floral Park, NY 11001**

**Liner Grode Stein Yankelevitz LLP**
**1100 Glendon Avenue, 14th Fl.**
**Los Angeles, CA 90024**

**London & Co., LLP CPAs**
**2800 Olympic Blvd.**
**Santa Monica, CA 90404**

**Los Angeles County Tax Collector**
**Kenneth Hahn Hall of Administration**
**225 North Hill Street, Room 109**
**Los Angeles, CA 90012**

8

**ORDER GRANTING DEBTOR'S EMERGENCY FIRST DAY MOTION (HONORING CUSTOMER DEPOSITS)**

Rutter Hobbs & Davidoff INCORPORATED

8520.001  903519.2

**Lucioni, Marco E**
**6527 Beachview Dr**
**Rancho Palos Verdes, CA 90275**

**Pourbaba, David**
**8271 Melrose Ste 200**
**Los Angeles, CA 90046**

**Shaw, Julia A.**
**203 Edwards Lane**
**Pasadena, CA 91107**

**The Foam Factory**
**17515 S Santa Fe Ave**
**Rancho Dominguez, CA 90221**

**Victor Forstmann, Inc.**
**81 Commerce Drive**
**Fall River, MA 02720**

**Wells Fargo, N.A.**
**Attn: Roger D. Reynolds Sr. Counsel**
**21680 Gateway Center Drive, Suite 280**
**Diamond Bar, CA 91765**

**Western Computer**
**351 Candeleria Rd.**
**Oxnard, CA 93030**

**VIA U.S. MAIL**

**American West**
**P.O. Box 8120**
**San Luis Obispo, CA 93403**

9

**ORDER GRANTING DEBTOR'S EMERGENCY FIRST DAY MOTION (HONORING CUSTOMER DEPOSITS)**

RUTTER
HOBBS &
DAVIDOFF
INCORPORATED

8529.001  903519.2